IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:06cr255

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JONATHAN LEE ANTHONY TORRES. | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Secure Sealed Documents [Doc. 62].

Counsel having filed a Notice of Appearance, the Court will allow him to have access to the Defendant's Presentence Report. Counsel states in his motion that he has sought unsuccessfully to obtain a copy of the document that is an attachment to Document 39, which he understands to be the PSR. There is, however, no attachment to Document 39. The PSR is found in the record as Document 57. Therefore, in construing counsel's request, the Court will allow the production to counsel of a copy of the PSR.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Secure Sealed Documents [Doc. 62] is hereby **GRANTED** as to Document 57 and

**DENIED** as to Document 39.

Signed: July 2, 2012

Martin Reidinger
United States District Judge